UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISSAC NSEJJERE MAYANJA,

              Plaintiff,

  v.

CITY OF SHORELINE, et al.,

             Defendants.

Case No. C25-0429-JHC

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

    Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

    Dated this 17th day of March, 2025.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1